IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN BLACHOWICZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARUKAS, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:21-cv-00862-JLS |

## **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.　Whereas Plaintiff Karen Blachowicz filed the above-referenced case against Defendant Barukas, Inc. on July 27, 2021.

2.　Whereas Defendant has not yet answered Plaintiffs' complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: August 24, 2021　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE &**
　　　　　　　　　　　　　　　　　　**MILLER, LLP**
　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Karen Blachowicz*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 24th day of August, 2021.

                                           */s/ Benjamin J. Sweet*
                                               Benjamin J. Sweet